UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SOPHIA JADUSINGH, | ) |
| Plaintiff, | ) No. CV-14-00184-JLQ |
| vs. | ) ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |
| DELRAY CAPITAL, LLC, | ) |
| Defendant. | ) |

The Complaint in this matter was filed on June 12, 2014. Plaintiff has filed a Declaration of Service, signed by "M. Hedgpeth", which purports to show that service on the Defendant was completed on June 16, 2014. (ECF No. 4). On November 4, 2014, the court issued an Order concerning service and default. On November 19, 2014, Plaintiff filed a Motion for Entry of Default, and on November 21, 2014, the court directed the Clerk to enter an Order of Default. The court also directed the Clerk to mail a copy of its Order to the registered agent for Defendant. No Notice of Appearance, Answer, or other responsive pleading has been filed on behalf of Defendant.

Now before the court is a Motion for Default Judgment (ECF No. 11) and supporting Declaration. Plaintiff seeks entry of judgment in the amount of $1,000.00, the statutory maximum under 15 U.S.C. § 1692k(a)(2)(A). The Declaration of Plaintiff's counsel states that Defendant was served with the Complaint. It further states that Defendant was given notice prior to the entry of the Clerk's Order of Default. The court directed that Defendant be provided a copy of the Order of Default. Service is generally

ORDER - 1

not required on a party who is in default for failure to appear. Fed.R.Civ.P. 5(a)(2). Defendant has failed to appear, answer, or otherwise defend this action.

**IT IS HEREBY ORDERED**:

1. The Motion for Default Judgment (ECF No. 11) is **GRANTED**.

2. The Clerk is directed to enter Judgment in favor of Plaintiff and against Defendant in the amount of $1,000.00.

3. Upon entry of Judgment, the Clerk shall close this file.

**IT IS SO ORDERED**. The Clerk shall enter this Order, furnish copies to counsel, and close this file.

Dated this 9th day of February, 2015.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2